**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**KA'TORAH ARYA SAGE PROWSE**                                        **PLAINTIFF**

**v.**                              **Case No. 2:24-cv-00223 KGB**

**DEXTER PAYNE, Director, Arkansas**
**Division of Correction,** *et al.*                                  **DEFENDANTS**

**ORDER**

Before the Court are the Proposed Findings and Recommendations ("Recommendation") by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 68). Plaintiff Ka'Torah Arya Sage Prowse has not filed any objections, and the time for filing objections has passed. The Recommendation bases dismissal on plaintiff's failure to prosecute the case after being informed of her duty to do so (Dkt. No. 68). The Court notes that plaintiff's mail continues to be returned as undeliverable (Dkt. Nos. 69, 70). After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, adopted in its entirety as this Court's finding in all respects (*Id.*).

The Court dismisses without prejudice Prowse's complaint and amended complaint for failure to prosecute (Dkt. Nos. 1, 29). The Court denies, as moot, pending motions in the case (Dkt. Nos. 36, 43, 53) and the Proposed Findings and Recommendations addressing certain of those motions (Dkt. No. 56). The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

It is so ordered this 17th day of March, 2026.

_____
Kristine G. Baker
Chief United States District Judge